CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: NOVAK
REPORTER: FTR

DOCKET NO. 3:16MJ294(DJN)
DATE: 12-16-16

UNITED STATES OF AMERICA
v.

1. Nehemyah H. Penn
2. _____

COUNSEL
1. _____
2. _____

**APPEARANCES:** GOVERNMENT Peter S. Duffey (✓)
DEFENDANT WITH COUNSEL ( ) DEFENDANT WITHOUT COUNSEL (✓)
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( ) DEFENDANT INCARCERATED (✓) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE VIOLATION: PROBATION ( ) PRETRIAL ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:**
Paul E. Shelton, Jr.

DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE (✓)
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
COURT SUMMARIZED CHARGES (✓) DEFT. ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED (✓)
DEFT TO RETAIN COUNSEL ( ) — to be completed
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ) DETENTION HEARING SET: _____

assign: McMaguire

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
DEFENDANT RELEASED ON PR BOND ( ) ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) _____

**CASE CONTINUED TO:** 12/20, 2016 AT 3:30 P.M. FOR DET/PREL

**CASE SET:** BEGAN: 3:35 ENDED: 3:41 TIME IN COURT: 6