CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: NOVAK
REPORTER: FTR

DOCKET NO. 3:16MJ294(DJN)
DATE: 12-20-16

UNITED STATES OF AMERICA
v.

1. Nehemyah H. Penn
2. _____

COUNSEL

1. MARY E. MAGUIRE
2. _____

**APPEARANCES:** GOVERNMENT Peter S. Duffey (✓)
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL ( ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY (✓) DETENTION (✓) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE VIOLATION: PROBATION ( ) PRETRIAL ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE ( )
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
COURT SUMMARIZED CHARGES ( ) DEFT. ADVISED OF RULE 5 RIGHTS ( )
FINANCIAL AFFIDAVIT (✓) COUNSEL ~~TO BE APPOINTED~~ (✓) REAFFIRMED
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ) DETENTION HEARING SET: _____

✓ **PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE (✓) DEFT ADDUCED EVIDENCE (✓)
ARGUMENTS HEARD (✓) FINDINGS STATED FROM BENCH (✓)
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND (✓)
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
WITNESS(ES) Adam J. Ulery, Special Agent ATF
Court finds PC.

✓ **DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE (✓)
ARGUMENTS HEARD (✓) FINDINGS STATED FROM BENCH (✓)
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
DEFENDANT RELEASED ON PR BOND ( ) ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN (✓) MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED (✓)
WITNESS(ES) Continued 12-23-16 at 9:00 AM

**CASE CONTINUED TO:** _____, 20___ AT _____.M. FOR _____

CASE SET: 3:30   BEGAN: 3:34   ENDED: 4:10   TIME IN COURT: 36